UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE LYNN KURT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PONCE,<br><br>　　　　Respondent. | No. 2:15-cv-1195-TLN-EFB P<br><br><br>ORDER |

Petitioner is a federal prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Judgment was entered in this action on August 26, 2015. On September 8, 2015, petitioner filed a notice of appeal. On September 21, 2015, he filed a request to proceed in forma pauperis on appeal. Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Petitioner's motion fails to satisfy all three requirements.

////

1

1   Accordingly, IT IS HEREBY ORDERED that petitioner's request to proceed in forma
2 pauperis on appeal (ECF No. 17) is denied without prejudice.  The Clerk of the Court is directed
3 to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and
4 petitioner is hereby informed that he may file a motion to proceed in forma pauperis in the United
5 States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5).
6 DATED:  September 23, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2