UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE LYNN KURT, | No. 2:15-cv-1195-TLN-EFB P |
| Petitioner, | |
| v. | ORDER |
| PONCE, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding without counsel on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Judgment was entered in this action on August 26, 2015. On September 8, 2015, petitioner filed a notice of appeal. Before the court is petitioner's amended motion for leave to proceed in forma pauperis on appeal. ECF No. 20.

Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

(B) claims an entitlement to redress; and

(C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

1

1    Petitioner has complied with these requirements and there is no indication he is
2 proceeding in bad faith.  *See* 28 U.S.C. § 1915(a)(3) (providing appeal may not be taken in forma
3 pauperis where appeal "is not taken in good faith"); *see, e.g., Brittain v. Mayberg*, 286 F. App'x
4 444, 444-45 (9th Cir. 2008) (granting habeas petitioner's motion to proceed in forma pauperis on
5 appeal, even though certificate of appealability had been denied and "questions raised [on] appeal
6 [were] so insubstantial as to not require further argument").
7    Good cause appearing, IT IS HEREBY ORDERED that petitioner's October 9, 2015
8 request to proceed in forma pauperis on appeal (ECF No. 20) is granted.
9 DATED:  October 14, 2015.

            _____
            EDMUND F. BRENNAN
            UNITED STATES MAGISTRATE JUDGE

2